928      CASES REPORTED WITH BRIEF SYLLABI.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BRUNELLI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOHN J. McAULIFF, Respondent, v. UNITED FRUIT COMPANY, Appellant. — Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

JOHN J. McAULIFF, Respondent, v. BRADLEY W. PALMER, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

ALBERT HOFFMAN, Respondent, v. ROSE DRESS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

UNIVERSAL FILM MANUFACTURING COMPANY, Appellant, v. GEORGE H. BELL, as Commissioner of Licenses of the City of New York, ·and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Message Photo-Play Co., Inc.*, v. *Bell (ante,* p. 13), handed down herewith. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MAUDE C. FULLER, as Executrix, etc., v. DANIEL R. SINGLETON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

ANDREW T. BROOKS v. CHARLES A. KEENE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

GEORGE LITTMAN v. HENRY L. BRITTAIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

HARRY FRANKEL v. ABRAHAM PETERS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

LILLIAN HARBURGER v. JOHN J. CAMPBELL. WILLIAM YOUNGER v. JOHN J. CAMPBELL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

HENRY CARVILL v. MIRROR FILMS, INC.— Motion for reargument denied; motion for leave to appeal granted. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

WILLIAM C. LESSTER, 2d, v. GRACE F. LESSTER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

SPIRITUSFABRIEK ASTRA v. SUGAR PRODUCTS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

In the Matter of HETTY H. R. GREEN, Deceased.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.

ANGIE M. BOOTH and Others v. WILLIAM H. W. KNIPE and Others. — Motion granted. Present — Clarke, P. J., Scott, Dowling, Page and Shearn, JJ.